**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


**KATINA E. JOHNSON,**

      **Plaintiff,**

**vs.**                                                    **Case No. 4:08cv259-RH/WCS**

**WENDSOUTH ORLANDO, LTD.,**

      **Defendants.**

_____/


**O R D E R**

On August 21, 2008, I entered an order, doc. 10, concerning the *pro se* Plaintiff's amended complaint, doc. 7.  That order crossed in the mail with Plaintiff's second amended complaint, doc. 9.  No further action will be taken as to this document, doc. 9, because it remains insufficient to state a claim.  Plaintiff should carefully review my prior order which explains the various deficiencies to Plaintiff.

Plaintiff is reminded to submit what must now be titled a "third amended complaint" on the employment discrimination complaint form provided to her by the Clerk.  Plaintiff has until September 24, 2008, to submit a third amended complaint as directed previously.  Doc. 10.

Accordingly, it is

**ORDERED:**

1.  No further action will be taken as to Plaintiff's second amended complaint, doc. 9, which was signed and dated on August 19, 2008, as it fails to state a claim upon which relief may be granted.

2.  Plaintiff shall have until **September 24, 2008**, to submit her third amended complaint on the employment discrimination complaint form recently provided to her by the Clerk's Office.

3.  **Failure to timely comply with this Court order <u>will</u> result in a recommendation of dismissal of this action.**

4.  The Clerk of Court shall return this file to the undersigned upon receipt of Plaintiff's third amended complaint or no later than September 24, 2008.

**DONE AND ORDERED** on August 28, 2008.

**s/     William C. Sherrill, Jr.**
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**